FILED

OCT 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
          DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  Josh Franklin Sigal
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  916) 554-2700

2: 14 - SW 0 6 1 3   KJN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING: | SEALING ORDER |
| USPS First Class Mail Parcel, 9114999944238100845314, addressed to "Jordan Anderson, 3131 Memorial Ct Apt 20112, Houston, TX 77007-6278" (hereinafter referred to as "PARCEL ONE"). | UNDER SEAL |
| USPS First Class Mail Parcel 9114999944238100845314 addressed to "Connor Hatcher, 628 NW 20th Street, Moore, Oklahoma 73160-3404" (hereinafter referred to as "PARCEL TWO"). | **SEALED** |
| USPS First Class Mail Parcel 9114999944238100845321 addressed to "Cory Allen, 2820 Dominion Lane, Kennesaw, GA 30144" (hereinafter referred to as "PARCEL THREE"). | |
| USPS First Class Mail Parcel 9114999944238100845369 addressed to "Eli Dampier-McClernon, 705 Frasier Street, Durham, NC 27704" (hereinafter referred to as "PARCEL FOUR"). | |
| USPS First Class Mail Parcel 9114999944238100845291 addressed to "Chris Norman, 118 Norwest Drive, Norwest Drive, Norwood, MA 02062" (hereinafter referred to as "PARCEL FIVE"). | |

| | |
|---|---|
| 1 | USPS First Class Mail Parcel 9114999944238100845345 addressed to "Tiffany Borregard, 4949 Gleaner Hall Road, Ann Arbor, MI 48105-9284" (hereinafter referred to as "PARCEL SIX"). |
| | USPS First Class Mail Parcel 9114999944238100845277 addressed to "Lowell Thomas, 29215 Harbour Vista Circle, Saint Augustine, FL 32080" (hereinafter referred to as "PARCEL SEVEN"). |
| | USPS First Class Mail Parcel 9114999944238100845338 addressed to "PAUL J GREGORY, 14306 KING TOM PL, RUSKIN FL 33573-6720" (hereinafter referred to as "PARCEL EIGHT"). |
| | USPS First Class Mail Parcel 9114999944238100845352 addressed to "AKSHAY BHASIN, 220 JOHN STREET, 10203 THE PROVINCE, ROCHESTER, NY 14623" (hereinafter referred to as "PARCEL NINE"). |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: October 23, 2014

_____
Hon. Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE